UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

44725 & 44726
Morton & Craig LLC
William E. Craig, Esquire
110 Marter Ave., Suite 301
Moorestown, NJ 08057
Attorney for Credit Acceptance Corporation

In Re:

ROBERT H. BENNETT
MARSHA J. BENNETT

Order Filed on December 6, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.  16-32672

Adv. No.

Hearing Date:  9-12-17

Judge: (ABA)

# ORDER FOR ARREARAGE CURE, REGULAR MONTHLY PAYMENTS, INSURANCE, COUNSEL FEES, AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on page number two (2) through three (3) is hereby **ORDERED**.

**DATED: December 6, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors: Robert and Marsha Bennett
Case No: 16-32672
Caption of Order: Order for arrearage cure, regular monthly payments, insurance, counsel fees, and stay relief under certain circumstances

This matter having brought before this Court on a Motion For Stay Relief filed by John R. Morton, Jr., Esq., attorney for Credit Acceptance Corporation, with the appearance of Lee M. Perlman, Esq. on behalf of the Debtors, and this Order having been filed with the Court and served upon the Debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

**VEHICLE #1: 2011 Honda CR-Z**

1. That Credit Acceptance Corporation ("Credit Acceptance") is the holder of a first purchase money security interest encumbering a 2011 Honda CR-Z bearing vehicle identification number JHMZF1D48BS004280.
2. That the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described above to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.
3. That this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).

**VEHICLE #1: 2006 Toyota RAV4**

4. That Credit Acceptance Corporation ("Credit Acceptance") is the holder of a first purchase money security interest encumbering a 2006 Toyota RAV4 bearing vehicle identification number JTMBD31V666011762.

**(Page 3)**
Debtors: Robert and Marsha Bennett
Case No: 16-32672
Caption of Order: Order for arrearage cure, regular monthly payments, insurance, counsel fees, and stay relief under certain circumstances

5. That after application to the Debtors' account of funds remitted in September 12, 2017 in the amount of $1,007.00, the Debtors' account continues to have post-petition arrears through September 2017 in the amount of $3,211.50.

6. That the Debtors are to cure the arrearage set forth above by making their regular monthly payment of $502.25 plus an additional $535.25 each month (for a total monthly payment of $1,037.50) for the months of October 2017 through March 2018.

7. That commencing October 2017, if the Debtors fail to make any payment to Credit Acceptance within thirty (30) days after it falls due, Credit Acceptance shall be entitled to stay relief upon filing a certification with the Court and serving it upon the Debtors, their attorney, and the chapter 13 trustee.

8. That the Debtors must maintain insurance on the vehicle. The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each. Credit Acceptance Corporation must be listed as loss payee. If the Debtors fail to maintain valid insurance on the vehicle, Credit Acceptance shall be entitled to stay relief upon filing a certification that insurance has lapsed with the Court and serving it upon the Debtors, their attorney, and the chapter 13 trustee.

9. That the Debtors are to pay a counsel fee of $531.00 to Credit Acceptance Corporation through their chapter 13 plan.