UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

44725 & 44726
Morton & Craig LLC
William E. Craig, Esquire
110 Marter Ave., Suite 301
Moorestown, NJ 08057
Attorney for Credit Acceptance Corporation

In Re:

ROBERT H. BENNETT
MARSHA J. BENNETT

Order Filed on December 6, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.  16-32672

Adv. No.

Hearing Date:  9-12-17

Judge: (ABA)

**ORDER FOR ARREARAGE CURE, REGULAR MONTHLY PAYMENTS, INSURANCE, COUNSEL FEES, AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES**

The relief set forth on page number two (2) through three (3) is hereby **ORDERED**.

**DATED: December 6, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors: Robert and Marsha Bennett
Case No: 16-32672
Caption of Order: Order for arrearage cure, regular monthly payments, insurance, counsel fees, and stay relief under certain circumstances

This matter having brought before this Court on a Motion For Stay Relief filed by John R. Morton, Jr., Esq., attorney for Credit Acceptance Corporation, with the appearance of Lee M. Perlman, Esq. on behalf of the Debtors, and this Order having been filed with the Court and served upon the Debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

<u>**VEHICLE #1: 2011 Honda CR-Z**</u>

1. That Credit Acceptance Corporation ("Credit Acceptance") is the holder of a first purchase money security interest encumbering a 2011 Honda CR-Z bearing vehicle identification number JHMZF1D48BS004280.
2. That the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described above to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.
3. That this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).

<u>**VEHICLE #1: 2006 Toyota RAV4**</u>

4. That Credit Acceptance Corporation ("Credit Acceptance") is the holder of a first purchase money security interest encumbering a 2006 Toyota RAV4 bearing vehicle identification number JTMBD31V666011762.

**(Page 3)**
Debtors: Robert and Marsha Bennett
Case No: 16-32672
Caption of Order: Order for arrearage cure, regular monthly payments, insurance, counsel fees, and stay relief under certain circumstances

5. **That after application to the Debtors' account of funds remitted in September 12, 2017 in the amount of $1,007.00, the Debtors' account continues to have post-petition arrears through September 2017 in the amount of $3,211.50.**

6. **That the Debtors are to cure the arrearage set forth above by making their regular monthly payment of $502.25 plus an additional $535.25 each month (for a total monthly payment of $1,037.50) for the months of October 2017 through March 2018.**

7. **That commencing October 2017, if the Debtors fail to make any payment to Credit Acceptance within thirty (30) days after it falls due, Credit Acceptance shall be entitled to stay relief upon filing a certification with the Court and serving it upon the Debtors, their attorney, and the chapter 13 trustee.**

8. **That the Debtors must maintain insurance on the vehicle. The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each. Credit Acceptance Corporation must be listed as loss payee. If the Debtors fail to maintain valid insurance on the vehicle, Credit Acceptance shall be entitled to stay relief upon filing a certification that insurance has lapsed with the Court and serving it upon the Debtors, their attorney, and the chapter 13 trustee.**

9. **That the Debtors are to pay a counsel fee of $531.00 to Credit Acceptance Corporation through their chapter 13 plan.**

United States Bankruptcy Court
District of New Jersey

In re:
Robert H. Bennett
Marsha J. Bennett
    Debtors

Case No. 16-32672-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Dec 06, 2017
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2017.
db/jdb         #+Robert H. Bennett,    Marsha J. Bennett,    1304 Marlkress Rd,    Cherry Hill, NJ 08003-2659

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2017 at the address(es) listed below:
         Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC cwohlrab@logs.com, njbankruptcynotifications@logs.com
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
         John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
         Lee Martin Perlman    on behalf of Joint Debtor Marsha J. Bennett ecf@newjerseybankruptcy.com, lmpcourt@gmail.com
         Lee Martin Perlman    on behalf of Debtor Robert H. Bennett ecf@newjerseybankruptcy.com, lmpcourt@gmail.com
         Raymond    Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 8