| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>LAW OFFICES OF LEE M. PERLMAN<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ  08003<br>(856) 751-4224 | |
| In RE:<br><br>Robert & Marsha Bennett | Case No.: 16-32672 ABA<br><br>Judge: **ABA**<br><br>Chapter 13 |

### CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Robert Bennett_____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☐ I am not required to pay domestic support obligations.

   ☒ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 11/11/21                                                          Robert H. Bennett
                                                                                    Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**

- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) LAW OFFICES OF LEE M. PERLMAN 1926 Greentree Road, Suite 100 Cherry Hill, NJ 08003 (856) 751-4224 |
| In RE: Robert & Marsha Bennett |

Case No.: 16-32672 ABA

Judge: **ABA**

Chapter 13

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____ Marsha Bennett _____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☐ I am not required to pay domestic support obligations.

   ☒ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 11-11-21

Marsha Bennett
Debtor's Signature

**IMPORTANT:**

- Each debtor in a joint case must file a separate Certification in Support of Discharge.

- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.