| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Robert H. Bennett** | Social Security number or ITIN   xxx–xx–5283 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Marsha J. Bennett** | Social Security number or ITIN   xxx–xx–9341 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   **16–32672–ABA** | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert H. Bennett                    Marsha J. Bennett

1/25/22                    **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                United States Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                          **Chapter 13 Discharge**                          page 2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                      Case No. 16-32672-ABA

Robert H. Bennett                                                                               Chapter 13

Marsha J. Bennett

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                                   User: admin                                                   Page 1 of 4

Date Rcvd: Jan 25, 2022                      Form ID: 3180W                                     Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2022:

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert H. Bennett, Marsha J. Bennett, 214 Chestnut Ave, Marlton, NJ 08053-7148 |
| cr | + | Nationstar Mortgage LLC, 8950 Cypress Water Blvd., Coppell, TX 75019-4620 |
| 516521577 | + | AMCOL Systems, Inc., Amcol Systems, Inc., Po Box 21625, Columbia, SC 29221-1625 |
| 516521591 | + | ARS/Account Resolution Specialist, Po Box 459079, Sunrise, FL 33345-9079 |
| 516521580 | + | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 516718554 | | Apex Asset Management, LLC, Lourdes Cardiology Services, P.C., PO Box 5407, Lancaster, PA 17606-5407 |
| 516718553 | | Apex Asset Management, LLC, Lourdes Urgent Care, PO Box 5407, Lancaster, PA 17606-5407 |
| 516718551 | | Apex Asset Management, LLC, Virtua Health System - WJ, PO Box 5407, Lancaster, PA 17606-5407 |
| 516521593 | + | Capital Collection Ser, 20 E Taunton Rd # Bilg50, Berlin, NJ 08009-2603 |
| 516521597 | #+ | Convergent Heathcare Recovery, 121 Ne Jefferson St, Suite 100, Peoria, IL 61602-1229 |
| 516521603 | + | Emrg Phy Assoc of S Jersey, PC, PO Box 740021, Cincinnati, OH 45274-0021 |
| 516521615 | + | Lourdes Cardiology Services, PO Box 31077, Newark, NJ 07101-0130 |
| 516521621 | + | Mabt/contfin, 121 Continental Dr Ste 1, Newark, DE 19713-4326 |
| 516751510 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage, PO Box 619096, Dallas TX 75261-9741 |
| 516648467 | + | NCB Management Services, Inc., One Allied Drive, Trevose, PA 19053-6945 |
| 516521622 | + | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 516551739 | + | Navient Solutions, Inc. on behalf of, NJHEAA, PO BOX 548, Trenton, NJ 08625-0548 |
| 516521628 | + | Penn Credit, PO Box 988, Harrisburg, PA 17108-0988 |
| 516521633 | + | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 516521638 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 516683727 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 516624555 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 516521642 | + | Virtua Health Memorial, PO Box 7500-7542, Philadelphia, PA 19178-0001 |
| 516521645 | ++ | WEST JERSEY ANESTHESIA ASSOCIATES PA, 1000 WHITE HORSE ROAD SUITE 204, VOORHEES NJ 08043-4408 address filed with court:, West Jersey Anesthesia Associates, 102e Centre Blvd, Marlton, NJ 08053 |

TOTAL: 24

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 25 2022 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 25 2022 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Jan 25 2022 20:34:00 | Credit Acceptance Corporation, 25505 W. 12 Mile |

District/off: 0312-1 | User: admin | Page 2 of 4
Date Rcvd: Jan 25, 2022 | Form ID: 3180W | Total Noticed: 52

| | | | |
|---|---|---|---|
| | | | Road, Southfield, MI 48034-1846 |
| 516596749 | EDI: AIS.COM | Jan 26 2022 01:33:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 516521592 | + Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Jan 25 2022 20:34:00 | Berks Credit & Collections, Po Box 329, Temple, PA 19560-0329 |
| 516521595 | + EDI: CAPITALONE.COM | Jan 26 2022 01:33:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516521596 | + EDI: COMCASTCBLCENT | Jan 26 2022 01:33:00 | Comcast, 401 White Horse Rd Ste 2, Voorhees, NJ 08043-2600 |
| 516521599 | + Email/Text: legal-dept@cooperhealth.edu | Jan 25 2022 20:34:00 | Cooper Health System, PO Box 6018, Bellmawr, NJ 08099-6018 |
| 516521601 | + Email/Text: ebnnotifications@creditacceptance.com | Jan 25 2022 20:34:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 516521606 | EDI: AMINFOFP.COM | Jan 26 2022 01:33:00 | First Premier Bank, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 516521607 | EDI: AMINFOFP.COM | Jan 26 2022 01:33:00 | First Premier Bank, 601 S Minneaplois Ave, Dious FDalls, SD 57104 |
| 516521609 | + EDI: HFC.COM | Jan 26 2022 01:33:00 | HSBC Bank, PO Box 9, Buffalo, NY 14240-0009 |
| 516521610 | EDI: IRS.COM | Jan 26 2022 01:33:00 | Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 516592493 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 25 2022 20:39:37 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 516521624 | + EDI: NAVIENTFKASMSERV.COM | Jan 26 2022 01:33:00 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 516521625 | + Email/PDF: bankruptcy@ncfsi.com | Jan 25 2022 20:39:55 | New Century Financial Service, 110 S Jefferson Rd # 104, Whippany, NJ 07981-1038 |
| 516521627 | + Email/Text: consumerhelpdesk@omega-rms.com | Jan 25 2022 20:34:00 | Omega Rms, 7505 W Tiffany Springs Parkway, Kansas City, MO 64153-1313 |
| 516521631 | EDI: PRA.COM | Jan 26 2022 01:33:00 | Portfolio Recovery, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| 516712163 | + EDI: JEFFERSONCAP.COM | Jan 26 2022 01:33:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 516582405 | + EDI: CBS7AVE | Jan 26 2022 01:33:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516521636 | + EDI: CBS7AVE | Jan 26 2022 01:33:00 | Seventh Avenue, Seventh Avenue, Inc, 1112 7th Ave, Monroe, WI 53566-1364 |
| 516521637 | + EDI: SWCR.COM | Jan 26 2022 01:33:00 | Southwest Credit Systems, 4120 International Pkwy #1100, Carrollton, TX 75007-1958 |
| 516668861 | + EDI: RMSC.COM | Jan 26 2022 01:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516521639 | EDI: TFSR.COM | Jan 26 2022 01:33:00 | Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 516624555 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 25 2022 20:34:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517279103 | Email/PDF: bncnotices@becket-lee.com | Jan 25 2022 20:40:08 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516521640 | + Email/Text: bankruptcydepartment@tsico.com | Jan 25 2022 20:34:00 | Transworld Sys Inc/51, Po Box 15618, Wilmington, DE 19850-5618 |
| 516783318 | EDI: ECMC.COM | | |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 25, 2022 | Form ID: 3180W | Total Noticed: 52 |

|  | Jan 26 2022 01:33:00 | US Department of Education, P O Box 16448, Saint Paul MN 55116-0448 |
|---|---|---|
| 516521641    + EDI: VERIZONCOMB.COM | Jan 26 2022 01:33:00 | Verizon, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516521578 | *+ | AMCOL Systems, Inc., Amcol Systems Inc., Po Box 21625, Columbia, SC 29221-1625 |
| 516521579 | *+ | AMCOL Systems, Inc., Amcol Systems Inc., Po Box 21625, Columbia, SC 29221-1625 |
| 516521581 | *+ | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 516521582 | *+ | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 516521583 | *+ | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 516521584 | *+ | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 516521585 | *+ | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 516521586 | *+ | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 516521587 | *+ | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 516521588 | *+ | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 516521589 | *+ | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 516521590 | *+ | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 516521594 | *+ | Capital Collection Ser, 20 E Taunton Rd # Bilg50, Berlin, NJ 08009-2603 |
| 516521598 | *+ | Convergent Heathcare Recovery, 121 Ne Jefferson St, Suite 100, Peoria, IL 61602-1229 |
| 516521600 | *+ | Cooper Health System, PO Box 6018, Bellmawr, NJ 08099-6018 |
| 516521602 | *+ | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 516521605 | *+ | Equiant Financial Svcs, Attn: Bankrupty Dept, 5401 N Pima Rd, Scottsdale, AZ 85250-2630 |
| 516521608 | * | First Premier Bank, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 516521611 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 516521612 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 516521613 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 516521614 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 516521616 | *+ | Lourdes Cardiology Services, PO Box 31077, Newark, NJ 07101-0130 |
| 516521617 | *+ | Lourdes Cardiology Services, PO Box 31077, Newark, NJ 07101-0130 |
| 516521618 | *+ | Lourdes Cardiology Services, PO Box 31077, Newark, NJ 07101-0130 |
| 516521619 | *+ | Lourdes Cardiology Services, PO Box 31077, Newark, NJ 07101-0130 |
| 516521620 | *+ | Lourdes Cardiology Services, PO Box 31077, Newark, NJ 07101-0130 |
| 516521623 | *+ | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 516521626 | *+ | New Century Financial Service, 110 S Jefferson Rd # 104, Whippany, NJ 07981-1038 |
| 516521632 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 516521629 | *+ | Penn Credit, PO Box 988, Harrisburg, PA 17108-0988 |
| 516521630 | *+ | Penn Credit, PO Box 988, Harrisburg, PA 17108-0988 |
| 516521634 | *+ | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 516521635 | *+ | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 516521643 | *+ | Virtua Health Memorial, PO Box 7500-7542, Philadelphia, PA 19178-0001 |
| 516521644 | *+ | Virtua Health Memorial, PO Box 7500-7542, Philadelphia, PA 19178-0001 |
| 516521604 | ##+ | Equiant Financial Svcs, Attn: Bankrupty Dept, 5401 N Pima Rd, Scottsdale, AZ 85250-2630 |

TOTAL: 0 Undeliverable, 36 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

District/off: 0312-1            User: admin            Page 4 of 4

Date Rcvd: Jan 25, 2022           Form ID: 3180W           Total Noticed: 52

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2022             Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Nationstar Mortgage LLC ewassall@logs.com  njbankruptcynotifications@logs.com;logsecf@logs.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Lee Martin Perlman | on behalf of Joint Debtor Marsha J. Bennett ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Debtor Robert H. Bennett ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Raymond Shockley, Jr | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8